STATE of Missouri, Plaintiff/Respondent,

v.

Tyrone DEVOIL, Defendant/Appellant.

Tyrone DEVOIL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 62554, 64017.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 7, 1993.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his convictions, by a jury, of stealing from a person, § 570.030, RSMo 1986. He was sentenced by the court as a prior, persistent and class X offender to a sixteen year prison term. Defendant also appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. A written opinion would have no precedential value nor serve any jurisprudential purpose. Rule 30.25(b); Rule 84.16(b).